

**Entered on Docket
February 12, 2009**

*Mary A. Schott*

_____
**Mary A. Schott, Clerk
United States Bankruptcy Court**

Brian D. Shapiro, Esq.
Nevada Bar No.: 5772
Law Office of Brian D. Shapiro, LLC
624 South 9th Street
Las Vegas, NV 89101
(702)385-5266, Fax (702)382-2967
mail@brianshapirolaw.com
Attorney for Creditor,
MARIA-NICOLLE BERINGER

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-08-24236-LBR |
| FRANKLIN ANTHONY MITCHELL, | Chapter 7 |
| | Date: N/A |
| | Time: N/A |
| _____ Debtor. | |

### ORDER GRANTING EX-PARTE MOTION FOR 2004 EXAM

### RE: FRANKLIN ANTHONY MITCHELL

    MARIA-NICOLE BERINGER, by and through her attorney, Brian D. Shapiro, Esq. of the Law Office of Brian D. Shapiro, LLC, having filed a motion for an order pursuant to Bankruptcy Court Rule 2004 compelling Franklin Anthony Mitchell to appear upon no less than ten (10) business days notice for examination before a court reporter to be examined on those matters set forth within Rule 2004(b) and good cause appearing, it is hereby

1  **ORDERED**, that Franklin Anthony Mitchell shall appear at the Law Office of Brian D.
2  Shapiro, LLC, 411 East Bonneville, Suite 300, Las Vegas, NV 89101, or any other location so
3  noticed, upon no less than ten (10) business days notice, and be examined on any matters set forth
4  in Rule 2004(b).

6  Respectfully submitted by:

  _____
  Brian D. Shapiro, Esq.
9  Attorney for Creditor,
  MARIA-NICOLE BERINGER

12                                   ###