Thomas F Jones V
HCR 38 Box 260
Las Vegas, NV 89124

RECEIVED
AND FILED

2009 MAY 29 PM 1: 36

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

May 24, 2009

RE: 08-24236-bam

Your Honor,

I am a creditor who was told to cease collecting the $50,000 awarded me by district court to repay some of my medical bills incurred through Frank Mitchell's negligent animal ownership and subsequent attack.

When queried about $60,000 that Frank Mitchell had, he told the bankruptcy court trustee in January that he had just paid it towards his mortgage to reduce his house payments. However, the bank has foreclosed on the same home for lack of payment. Where did the $60,000 go, and why did Frank lie to the bankruptcy court?

This spring, he loaded up a trailer with stainless steel appliances, an electric generator, and moved his 2 ATVs out of his garage and left.

Frank's Mt Charleston house renters moved out at the beginning of January. Neighbors helped them move. Frank had lived in Utah for the past couple of years, and his landlord there rented to Frank based on his income from renting his Mt Charleston home.

I hope that you will verify his fraudulent statements and deny his bankruptcy claim.
He is trying to defraud all of us.

Sincerely yours,

Thomas F Jones V